UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHEENA NEVIA SONEEYA, f/k/a Kenneth Hunt,<br><br>Plaintiff,<br><br>v.<br><br>LUIS S. SPENCER, in his official capacity as Commissioner of the Massachusetts Department of Correction,<br><br>Defendant. | Civil Action No. 07-12325-JLT |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH THE COURT'S MARCH 29, 2012 ORDER

This Court, having considered the Plaintiff's Motion to Compel Compliance with the Court's March 29, 2012 Order and related filings, hereby GRANTS that motion and orders that:

1. Within 30 calendar days of the date of this Order, the parties shall each file a submission (the "Submissions") identifying no more than three (3) individuals proposed as independent medical professionals with expertise in the treatment of gender identity disorder, or "GID" (the "Proposed Professionals"), one of whom will be selected by the Court to perform specified tasks related to Plaintiff's medical care, as outlined in this Order (and, if necessary, as supplemented in subsequent orders). The parties shall append resumes of each of their Proposed Professionals as exhibits to their respective Submissions.

2. Each Proposed Professional shall meet the following criteria:

a. Has expertise in the treatment of GID and maintains an active medical practice that includes the treatment of individuals with GID;

b. Accepts and applies the tenets of the WPATH Standards of Care Version 7 in treating individuals with GID;

c. Is not a current or former employee/agent/independent contractor of the DOC or the DOC's medical or mental health services providers; and

d. ~~Has not previously testified in any litigation involving Plaintiff and the DOC.~~ 

3. The Court shall select one of the Proposed Professionals as an independent evaluator of Plaintiff's treatment needs (the "Independent Evaluator").

4. The Independent Evaluator shall:

a. Evaluate Plaintiff's GID treatment needs and draft a comprehensive treatment plan for her GID (the "Revised Treatment Plan"); and

b. Evaluate Plaintiff's readiness for sex reassignment surgery ("SRS") and, within a reasonable period of time following such evaluation, draft and sign a written opinion concerning Plaintiff's readiness for SRS (the "SRS Opinion").

5. In the event that the Independent Evaluator selected by the Court cannot perform these duties, then the parties will inform the Court, and the Court will select a replacement Independent Evaluator to fulfill such duties.

6. ~~After the Independent Evaluator completes the Revised Treatment Plan, the DOC shall implement the Revised Treatment Plan in good faith.~~

7. After the Independent Evaluator completes the SRS Opinion, within a reasonable period of time (and, in any event, no later than 30 days from the date on which the SRS Opinion has been provided to both parties), the parties shall file a status report, jointly if possible, that submits the SRS Opinion to the Court, comments on the import of the SRS Opinion and, if necessary, advises the Court as to the parties' positions concerning appropriate next steps. If the parties file a joint status report, such report shall be no longer than ten pages. If the parties file independent status reports, each such report shall be no longer than five pages.

IT IS HEREBY ORDERED.

This the 12TH day of May, 2014.

William G. Young
~~Joseph L. Tauro~~
District Court Judge