UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHEENA NEVIA SONEEYA, f/k/a Kenneth Hunt,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS A. TURCO III, in his official capacity as Commissioner of the Massachusetts Department of Correction,<br><br>Defendant. | Civil Action No. 07-12325-DPW |

## JOINT STATUS UPDATE AND PROPOSED DISPOSITION OF THE CASE

Counsel for Plaintiff Katheena Soneeya and for Defendant Thomas A. Turco III, Commissioner of the Massachusetts Department of Correction ("DOC"), hereby submit a Joint Status Update and proposed schedule for the proper disposition of the case.

The parties are nearing the end of the discovery ordered on October 12, 2017 (ECF 220). To date, the parties have exchanged the following written discovery:

- Plaintiff filed her Second Set of Discovery Requests and her Fourth Set of Interrogatories on April 6, 2018.

- The DOC filed responses to both on May 9, 2018. The DOC filed supplemental responses on June 8, 2018; July 18, 2018; August 3, 2018; August 23, 2018; August 27, 2018; and September 9, 2018.

The parties have also taken the depositions of the following individuals: Ms. Allison Hallet, Superintendent of MCI Framingham; Ms. Carol Mici, Deputy Commissioner of Clinical Services and Reentry; Ms. Mitzi Peterson, Director of Behavioral Health; Mr. Thomas A. Turco,

DOC Commissioner and named defendant in this case; Mr. Bruce Gelb, former Deputy Commissioner of the Prison Division; Mr. Raymond Marchilli, former Superintendent of MCI-Shirley; Dr. Stephen B. Levine, consultant to the DOC's Gender Dysphoria ("GD") Treatment Committee; Dr. Joel Andrade, Director of Clinical Operations at the DOC's previous medical contractor; Dr. James Thompson, Director of Psychiatry at Correct Care Solutions and Chair of the GD Treatment Committee; Dr. Randi Ettner, Plaintiff's gender dysphoria expert; Mr. James Aiken, Plaintiff's prison security expert; and Plaintiff.

The only remaining deposition is that of Mr. Christopher Fallon, Deputy Commissioner of the Prison Division, which will take place in November.

In light of the DOC's transfer of an anatomically male, male-to-female gender dysphoric inmate to MCI-Framingham in September 2018, the parties agreed to additional interrogatories and supplemental document production. This is the only remaining written discovery, and the parties anticipate it will be complete by November.[1]

The parties have agreed to the following next steps and submit them for the Court's consideration as follows:

1. An evidentiary hearing with live testimony shall be held on or about the week of February 11, 2019.

2. The parties shall file opening pre-hearing briefing not to exceed 20 pages on or before January 11, 2018.

---

[1] Plaintiff reserves the right to move to reopen the deposition of Allison Hallet, Superintendent of MCI-Framingham, based on the results of said discovery. Plaintiff also reserves the right to file additional interrogatories and requests for production as needed should additional information come to light following the DOC's upcoming document production  Defendant reserves the right to object to any further discovery request or to the reopening of the deposition of any witness.

3.  The parties shall file reply pre-hearing briefing not to exceed 20 pages on or before January 28, 2019.

4.  Plaintiff intends to offer live testimony from:

    a.  Plaintiff's gender dysphoria expert, Dr. Randi Ettner;

    b.  Plaintiff's prison security expert, Mr. James Aiken; and

    c.  Any other witness requested by the Court.

5.  Defendant intends to offer live testimony from:

    a.  Dr. Stephen B. Levine, consultant to the DOC's Gender Dysphoria ("GD") Treatment Committee;

    b.  Mr. Christopher Fallon, Deputy Commissioner of the Prison Division;

    c.  Ms. Carol Mici, Deputy Commissioner of Clinical Services and Reentry;

    d.  Ms. Mitzi Peterson, Director of Behavioral Health; and

    e.  Any other witness requested by the Court.

Respectfully submitted,

| | |
|---|---|
| */s/ Nicole G. White* <br> Nicole G. White (BBO# 690924) <br> Kaitlin A. Bergin (BBO #698373) <br> ROPES & GRAY LLP <br> Prudential Tower <br> 800 Boylston Street <br> Boston, Massachusetts 02119-3600 <br> (617) 951-7000 <br> nicole.white@ropesgray.com <br> kaitlin.bergin@ropesgray.com <br><br> *Attorneys for Plaintiff Katheena Nevia Soneeya* | */s/ Jennifer M. Staples* <br> Jennifer M. Staples (BBO# 631399) <br> Samuel A. Miller (BBO# 687587) <br> Department of Correction Legal Division <br> 70 Franklin St., Suite 600 <br> Boston, MA 02110-1300 <br> (617) 727-3300, Ext. 1144 <br> jennifer.staples@massmail.state.me.us <br> samuel.miller@massmail.state.me.us <br><br> *Attorneys for Defendant Thomas A. Turco III, Commissioner of Correction* |

Dated: October 26, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 26, 2018                                                        /s/ *Nicole G. White*
                                                                                                          Nicole G. White