UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KATHEENA NEVIA SONEEYA, f/k/a Kenneth Hunt,<br><br>        Plaintiff,<br><br>v.<br><br>THOMAS A. TURCO III, in his official capacity as Commissioner of the Massachusetts Department of Correction,<br><br>        Defendant. | Civil Action No. 07-12325-DPW |

**PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Katheena Nevia Soneeya ("Ms. Soneeya" or "Plaintiff"), through counsel, respectfully moves the Court, with agreement from Defendant, pursuant to Local Rule 7.2 and the Protective Order governing this action, (Dkt. No. 252), for permission to file under seal the Marked Defendant's Proposed Findings of Fact and Conclusions of Law, Plaintiff's Pre-Trial Memorandum and Renewed Motion to Compel, Plaintiff's Motion in Limine to Exclude Portions of the Affidavit Testimony of Dr. Stephen B. Levine, Plaintiff's Motion in Limine to Exclude Portions of the Affidavit Testimony of Christopher Fallon, and Plaintiff's Objections to Defendant's Direct Affidavits, until further order of this Court.

The documents designated are "Confidential" pursuant to Section 1 of the Protective Order. Dkt. No. 252. Because these documents contain confidential information pertaining to Defendant and inmates other than Plaintiff, as well as to the security and layout of Department of Corrections facilities, Ms. Soneeya respectfully requests that these documents be filed under seal pursuant to Section 3 of the Protective Order.

Pursuant to Local Rule 7.1, counsel for Ms. Soneeya has conferred with counsel for Defendant and Defendant's counsel has assented to this Motion.

Ms. Soneeya will file hard copies of the Marked Defendant's Proposed Findings of Fact and Conclusions of Law, Plaintiff's Pre-Trial Memorandum and Renewed Motion to Compel, Plaintiff's Motion in Limine to Exclude Portions of the Affidavit Testimony of Dr. Stephen B. Levine, Plaintiff's Motion in Limine to Exclude Portions of the Affidavit Testimony of Christopher Fallon, and Plaintiff's Objections to Defendant's Direct Affidavits under seal and with the Clerk's Office on March 25, 2019.

WHEREFORE, Ms. Soneeya respectfully requests that the Court grant her motion to file under seal the foregoing documents. Further, pursuant to Local rule 7.2, Ms. Soneeya proposes that the impounding Order continue until further order of the Court.

Dated: March 25, 2019

Respectfully submitted,

/s/ Anne F. Hancock
Anne F. Hancock (BBO# 691884)
Sara A. Bellin (BBO #698900)
ROPES & GRAY LLP
800 Boylston Street
Boston, Massachusetts 02119-3600
annie.hancock@ropesgray.com
sara.bellin@ropesgray.com
(617) 951-7000

*Attorneys for Plaintiff Katheena Nevia Soneeya*

-3-

## **LOCAL RULE 7.1 CERTIFICATION AND CERTIFICATE OF SERVICE**

Pursuant to Local Rule 7.1, the undersigned counsel hereby certifies that on March 20, 2019, and on March 22, 2019, Plaintiff's counsel conferred via telephone with Defendant's counsel regarding the relief sought herein. Defendant assented to the relief requested.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 25, 2019                                                            /s/ Anne F. Hancock
                                                                                              Anne F. Hancock