# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KATHEENA NEVIA SONEEYA, f/k/a Kenneth Hunt,<br><br>        Plaintiff,<br><br>v.<br><br>THOMAS A. TURCO III, in his official capacity as Commissioner of the Massachusetts Department of Correction,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-12325-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF INTENT TO CROSS-EXAMINE

Plaintiff, Katheena Nevia Soneeya, through counsel, pursuant to paragraph II.5 of the Order Regulating Non-Jury Civil Trial, hereby provides notice of intent to cross-examine a witness whose direct testimony is to be received by affidavit.

Plaintiff intends to cross-examine: Dr. Stephen Levine, GD Treatment Committee Member; Christopher M. Fallon, Deputy Commissioner of Prisons; Carol Mici, Commissioner of the Massachusetts Department of Correction; and Mitzi Peterson, Director of Behavioral Health.

Dated: March 25, 2019

Respectfully submitted,

/s/ Anne F. Hancock
Anne F. Hancock (BBO# 691884)
Sara A. Bellin (BBO #698900)
ROPES & GRAY LLP
800 Boylston Street
Boston, Massachusetts 02119-3600
annie.hancock@ropesgray.com
sara.bellin@ropesgray.com
(617) 951-7000
*Attorneys for Plaintiff Katheena Nevia Soneeya*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Dated: March 25, 2019 | /s/ Anne F. Hancock<br>Anne F. Hancock |