## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

KATHEENA NEVIA SONEEYA, f/k/a )
Kenneth Hunt, )
        )
       Plaintiff, )
        )
v. )   Civil Action No. 07-12325-DPW
        )
THOMAS A. TURCO III, in his official )
capacity as Commissioner of the )
Massachusetts Department of Correction, )
        )
       Defendant. )

### JOINT NOTICE OF AGREEMENT REGARDING
### PLAINTIFF'S RENEWED MOTION TO COMPEL

The parties hereby give Notice that they have reached an agreement with regard to Plaintiff's Renewed Motion to Compel Compliance with the Court's March 29, 2012 Permanent Injunction ("2012 PI") and May 12, 2014 Court Order ("2014 Order"), and Defendant's Opposition, which Defendant hereby withdraws. (Dkt. Nos. 286, 299).

The parties agree that Plaintiff's Renewed Motion was an attempt to clarify the procedural posture of the case, as it was unclear from the docket whether there was an operative Motion to Compel in place, since this Court denied without prejudice Plaintiff's November 2, 2017 Motion to Compel (Dkt. Nos. 222, 230). The parties agree that the key issue before this Court is whether Defendant is in violation of the 2012 PI and 2014 Order. Plaintiff is seeking relief which, she argues, is consistent with the 2012 PI and the 2014 Order, namely, that plaintiff receive gender confirming surgery, or, in the alternative, that plaintiff be transferred to MCI-Framingham.

Respectfully submitted,

/s/ Jennifer M. Staples_____

Date:  March 27, 2019

Jennifer M. Staples, BBO #631399
Samuel Miller, BBO # 687587
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA   02110-1300
(617) 727-3300   ext. 1144
Jennifer.Staples@DOC.State.MA.us


/s/ Anne Hancock_____
Anne F. Hancock (BBO# 6918844)
Sara Bellin (BBO# 698900)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02119-3600
(617) 951-7000
annie.hancock@ropesgray.com
sara.bellin@ropesgray.com

*Attorneys for Plaintiff Katheena Nevia Soneeya*


## CERTIFICATE OF SERVICE

I hereby certify that I did serve the above document and all attachments upon counsel for Plaintiff through the Court's electronic filing system (ECF).

Dated:  March 27, 2019

/s/Jennifer M. Staples_____
Jennifer M. Staples, BBO # 631399