## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KATHEENA NEVIA SONEEYA, f/k/a Kenneth Hunt, <br><br>    Plaintiff, <br><br> v. <br><br> THOMAS A. TURCO III, in his official capacity as Commissioner of the Massachusetts Department of Correction, <br><br>    Defendant. | Civil Action No. 07-12325-DPW |

### PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Katheena Nevia Soneeya ("Ms. Soneeya" or "Plaintiff"), through counsel, respectfully moves the Court, with agreement from Defendant, pursuant to Local Rule 7.2 and the Protective Order governing this action, (Dkt. No. 252), for permission to file under seal the Parties' Amended Exhibit Lists and Marked Items to be Offered at Trial with Objections.

The documents designated are "Confidential" pursuant to Section 1 of the Protective Order. Dkt. No. 252. Because these documents contain confidential information pertaining to Defendant and inmates other than Plaintiff, as well as to the security and layout of Department of Corrections facilities, Ms. Soneeya respectfully requests that these documents be filed under seal pursuant to Section 3 of the Protective Order.

Pursuant to Local Rule 7.1, counsel for Ms. Soneeya has conferred with counsel for Defendant and Defendant's counsel has assented to this Motion.

Ms. Soneeya will file hard copies of the Parties' Amended Exhibit Lists and Marked Items to be Offered at Trial with Objections under seal and with the Clerk's Office on April 5, 2019.

-1-

WHEREFORE, Ms. Soneeya respectfully requests that the Court grant her motion to file under seal the foregoing documents. Further, pursuant to Local rule 7.2, Ms. Soneeya proposes that the impounding Order continue until further order of the Court.

Dated: April 5, 2019

Respectfully submitted,

/s/ Anne F. Hancock
Anne F. Hancock (BBO # 691884)
Patrick Roath (BBO # 690603)
Sara Bellin (BBO# 698900)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02119-3600
(617) 951-7000
annie.hancock@ropesgray.com
patrick.roath@ropesgray.com
sara.bellin@ropesgray.com

*Attorneys for Plaintiff Katheena Nevia Soneeya*

-3-

## LOCAL RULE 7.1 CERTIFICATION AND CERTIFICATE OF SERVICE

Pursuant to Local Rule 7.1, the undersigned counsel hereby certifies that on April 4, 2019, Plaintiff's counsel conferred via email with Defendant's counsel regarding the relief sought herein. Defendant assented to the relief requested.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Dated: April 5, 2019 | /s/ Anne F. Hancock |
| | Anne F. Hancock |