UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHEENA NEVIA SONEEYA, f/k/a Kenneth Hunt, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS A. TURCO III, in his official capacity as Commissioner of the Massachusetts Department of Correction, <br><br> Defendant. | Civil Action No. 07-12325-DPW |

**PLAINTIFF'S NOTICE OF FILING DR. STEPHEN LEVINE'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

Plaintiff, Katheena Nevia Soneeya, through counsel, hereby provides notice of filing of Dr. Stephen Levine's Responses to Plaintiff's First Request for the Production of Documents, dated July 3, 2018, attached hereto as Exhibit A.[1]  This notice clarifies the source of Plaintiff's Exhibit 31, an undated document containing Dr. Levine's notes, which was entered into evidence on April 8, 2019 in connection with Dr. Levine's hearing testimony.  *See* Day 1 Hearing Tr. 1-145:24–1-148:24; *see also* Day 2 Hearing Tr. 5:9–6:19.

Plaintiff issued a subpoena for the production of documents to Dr. Stephen B. Levine on May 29, 2018, attached hereto as Exhibit B.  Plaintiff's Third Request for Production ("Request No. 3") asked for "All Documents relied upon or considered by You/or the GD Treatment Committee in conducting the December 5 Evaluation in drafting/or developing the January 12

---

[1] "Exhibit 1" and "Exhibit 2" to Dr. Levine's Responses are intentionally omitted from this filing.

Report,[2] including without limitation the recommendation that Ms. Soneeya be transferred to MCI-Framingham for a period of one year."

On July 3, 2018, Dr. Levine, through counsel, responded to Plaintiff's First Request for the Production of Documents. Notwithstanding certain objections, Dr. Levine produced documents as "Exhibit 3" in response to Request No. 3. Exhibit 3, which is appended to the attached Exhibit A, includes Plaintiff's Exhibit 31.

Dated: April 11, 2019                                Respectfully submitted,

                                                     */s/ Anne F. Hancock*
                                                     Anne F. Hancock (BBO # 691884)
                                                     Patrick Roath (BBO # 690603)
                                                     Sara Bellin (BBO# 698900)
                                                     ROPES & GRAY LLP
                                                     Prudential Tower
                                                     800 Boylston Street
                                                     Boston, Massachusetts 02119-3600
                                                     (617) 951-7000
                                                     annie.hancock@ropesgray.com
                                                     patrick.roath@ropesgray.com
                                                     sara.bellin@ropesgray.com

                                                     *Attorneys for Plaintiff Katheena Nevia Soneeya*

---

[2] "January 12 Report" refers to the January 2018 Report documenting the GD Treatment Committee's December 5, 2017 evaluation, submitted into evidence as Plaintiff's Exhibit 11.

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Dated: April 11, 2019 | /s/ *Anne F. Hancock* <br> Anne F. Hancock |