

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

FILED
IN CLERKS OFFICE

2019 APR 23 PM 4: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

April 23, 2019

Anne F. Hancock
T +1 617 235 4036
annie.hancock@ropesgray.com

**BY HAND**

Barbara Beatty
Courtroom Clerk, Judge Woodlock
1 Courthouse Way
Boston, MA 02210

Re:   *Soneeya v. Turco*, 07-cv-12325

Dear Ms. Beatty:

Enclosed please find an updated index for Judge Woodlock's exhibit binder in connection with the above-referenced matter. For your reference, we have included hard copies of Exhibits 35-47 and 504. Exhibits 35-37 are updated stamped versions of what were previously marked as Defendant's A-C. Exhibit 38 is an updated stamped version of the Bauer study, admitted in evidence on April 9, 2019. Exhibits 40-46 and 504 are scientific publications that the Court requested.

We are also providing, as Exhibit 47, the current docket, as well as filings regarding Ms. Soneeya's criminal case, as requested by the Court. The filings in Exhibit 47 include:

- Case Docket, dated as of April 10, 2019. Ex. 47-A.

- Petition for Habeas Corpus, dated March 11, 2010. Ex. 47-B.

- Motions, Responses, Orders, and related filings regarding Physical Evidence and Forensic Analysis. Exs. 47-C – O; 47-Q – U.

- Letter dated October 6, 2014, from Richard C. McFarland, senior litigation attorney for the DOC, to Dianne M. Dillon, Assistant District Attorney for Hampden County, regarding a follow-up request for crime scene photographs that the DOC believes are "highly relevant to the independent evaluation of Soneeya's treatment for gender dysphoria . . . ." Ex. 47-P.[1]

---

[1] On April 6, 2018, Plaintiff served the DOC with a production request for "[a]ll Documents and Communications concerning or related to Ms. Soneeya's medical care, including without limitation any plans, guidelines, procedures, files, records, reports, treatment plans, evaluations (psychological, psychopharmacological, and all other), health services authorization forms, requests, grievances, recommendations, orders, notes, letters, memos, correspondence, and any drafts thereof," as well as "[a]ll Documents and Communications concerning or relating to the evaluation of Ms. Soneeya conducted by Dr. Randi Ettner on March 22, 2016." This letter was responsive to both requests, but not produced to Plaintiff.

ROPES & GRAY LLP

- 2 -                                                                April 23, 2019

Respectfully submitted,

*/s/ Anne F. Hancock*
Anne F. Hancock

Enclosures

cc:   Jennifer Staples
      Samuel Miller