ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

October 15, 2020

Patrick T. Roath
T +1 617 235 4674
patrick.roath@ropesgray.com

**BY ECF**

Honorable Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   *Soneeya v. Mici*, Civ. Action No. 07-cv-12325-DPW

Dear Judge Woodlock,

    I write on behalf of my client Katheena Soneeya, the plaintiff in the above-captioned matter. During closing arguments on May 14, 2020, the Court expressed interest in receiving an update if and when the United States Supreme Court acted on the Idaho Department of Correction's and certain individuals' in their official capacities ("Petitioners") petition for a writ of certiorari with respect to the Ninth Circuit's ruling in *Edmo v. Corizon, Inc.*, 935 F.3d 757 (9th Cir. 2019), *petition for cert. filed*, No. 19-1280 (U.S. May 12, 2020).  I write briefly to provide the Court with a material update in that matter.

    On October 13, 2020, the Supreme Court denied the petition.  *Idaho Dep't. Corr. v. Edmo*, No. 19-1280, 2020 WL 6037411, at *1 (U.S. Oct. 13, 2020).  Justice Alito, joined by Justice Thomas, noted a dissent from the denial, stating that he would have held that "the case is moot" and would have "direct[ed] that the decision below be vacated."  *Id.*  The Supreme Court previously denied Petitioners' application to stay the Ninth Circuit's ruling.  *Idaho Dep't. Corr. v. Edmo*, 140 S. Ct. 2800, 2800 (May 21, 2020).  As a result, according to Supreme Court filings, Ms. Edmo had gender confirmation surgery on July 10, 2020 and is serving the remainder of her sentence at a woman's prison.  *See* Reply in Support of Suggestion of Mootness at 3, 4 n.1, *Idaho Dep't. Corr. v. Edmo*, No. 19-1280 (U.S. Sept. 11, 2020).

    Ms. Soneeya remains incarcerated without access to gender confirmation surgery in an all-male facility, and appreciates the Court's ongoing attention to this matter.

Sincerely,

*/s/ Patrick Roath*
Patrick T. Roath, Esq.

cc:   ECF Counsel of Record

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 15, 2020

/s/ *Patrick Roath*
Patrick Roath