July 8, 2021

**BY ECF**

Honorable Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:    *Soneeya v. Mici*, Civ. Action No. 07-cv-12325-DPW

Dear Judge Woodlock,

    The parties write jointly in connection with the above-captioned matter to provide the Court with a brief update on developments in the *Kosilek* matter. In the most recent hearing held in the above-captioned matter, on May 14, 2020, the Court noted that the Gender Dysphoria Treatment Committee had recently recommended that Ms. Kosilek receive gender confirmation surgery. *See* Tr. of Bench Trial Day Six at 6:24 – 7:12, *Soneeya v. Mici*, No. 07-cv-12325-DPW (D. Mass. May 18, 2020), ECF No. 399.

    On May 27, 2021, the defendant, Commissioner Mici, filed a status report in the *Kosilek* matter informing the court that Ms. Kosilek's gender confirmation surgery had been scheduled for "a date before the winter." Status Report at 1, *Kosilek v. Mici*, No. 18-cv-11838-DLC (D. Mass. May 27, 2021), ECF No. 89 (attached as Exhibit A). For security reasons, the defendant did not provide further specifics regarding the date.

    Ms. Kosilek continues to do well at MCI-Framingham.

    Ms. Soneeya remains incarcerated at MCI-Shirley. Ms. Soneeya is engaged in mental health treatment and continues to be employed as a runner. She has not received any new disciplinary reports. Her most recent Classification Report is attached as Exhibit B. We appreciate the Court's ongoing attention to this matter.

Sincerely,

| | |
|---|---|
| */s/ Patrick Roath* | */s/ Jennifer Staples* |
| Patrick Roath | Jennifer Staples |
| *Counsel for Plaintiff Katheena Nevia Soneeya* | *Counsel for Defendant Carol Mici, Commissioner of the Massachusetts Department of Correction* |

Enclosures

cc:    ECF Counsel of Record

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Dated: July 8, 2021 | */s/ Patrick Roath* <br> Patrick Roath |