**EXHIBIT B**

# Classification Report

**Name:** KATHEENA SONEEYA  **Commitment#:** W39104  **Institution:** MCI SHIRLEY (MEDIUM)
**Commitment Date:** 19820726  **DOB:** 19560728  **Status:** ACTIVE  **Unit/Cell/Bed:** A-1,29,29B
**Class Type:** Subsequent Review  **Sec Level:** Medium  **PE:**  **Release Date :**

| Objective Classification - Reclassification | Score |
|---|---|
| **1. Severity of Current Offense**<br>Highest | 6 |
| **2. Severity of Convictions within the last 4 years**<br>None | 0 |
| **3. History of Escape or Attempts to Escape** | 0 |
| **4. History of Prior Institutional Violence within the last 3 years**<br>None | 0 |
| **5. Number of Disciplinary Reports within the last 12 months**<br>None or One | 0 |
| **6. Most Severe Disciplinary within the last 12 months**<br>None/Category 4 | 0 |
| **7. Age**<br>64 | -3 |
| **8. Program Participation or Work Assignment**<br>Satisfied all program requirements | -2 |
| **Total Reclassification Score** | 1 |

# Classification Report

**Name:** KATHEENA SONEEYA  **Commitment#:** W39104  **Institution:** MCI SHIRLEY (MEDIUM)
**Commitment Date:** 19820726  **DOB:** 19560728  **Status:** ACTIVE  **Unit/Cell/Bed:** A-1,29,29B
**Class Type:** Subsequent Review  **Sec Level:** Medium  **PE:**  **Release Date :**

**Preliminary Custody Level Recommended:**  Minimum or below

**Applicable Restriction(s)/Override(s):**

**Minimum Custody Restriction(s):**

| Facility Designee | Commissioner Designee | |
|---|---|---|
| [X] | [ ] | Code C: Possible Civil Commitment - Inmates who are subject to civil commitment post release are not to be considered for minimum or below. |
| [X] | [ ] | Code D: Pending immigration status - Inmates whose immigration status is pending or those with an immigration detainer or Deportation Order are not to be considered for minimum or below. |
| [X] | [ ] | Code E: Inmate Serving Life Without Parole - Inmates Serving Life Without Parole are not to be considered for minimum or below. |

**Applicable Restriction(s)/Override(s) Rationale and Final Custody Levels:**

**Facility Designee Final Custody Level Recommended:**  Medium

**Facility Designee rationale:**
  Inmate is serving a 1st degree life sentence; has an active ICE Detainer; is subject to a DA review

**Facility Designee:** MAJKELLY

**Commissioner Designee Final Custody Level Recommended:**

**Commissioner Designee:**

## Classification Report

**Name:** KATHEENA SONEEYA  **Commitment#:** W39104  **Institution:** MCI SHIRLEY (MEDIUM)
**Commitment Date:** 19820726  **DOB:** 19560728  **Status:** ACTIVE  **Unit/Cell/Bed:** A-1,29,29B
**Class Type:** Subsequent Review  **Sec Level:** Medium  **PE:**  **Release Date:**

### Board Recommendation:

**Date:** 20210526  **Level:** Medium  **Site of Hearing:** MCI SHIRLEY (MEDIUM)
**Institution:** MCI SHIRLEY (MEDIUM)  **Vote:** 3-0
**Screen For:**  **Chairperson:** Kelly,Matthew
**Placement Site:**  **Board Member 1:** Duest,Erin
 **Security Board Member:** Gentile,David

**Board's Rationale:**

Inmate is recommended to remain at MCI Shirley medium. Inmate should pursue appropriate programming per PPP.  It should be noted that inmate is requesting a transfer to "any" female facility at this time.
Code E, D, and C overrides utlized: Inmate is serving a 1st degree life sentence; has an active ICE Detainer; is subject to a DA review

**Review Date:** 20220526  **Reviewed By:**
**Next Case Plan Date:** 20220526
**User(L,F,M,S):** Matthew Kelly J

| | | | | | | |
|---|---|---|---|---|---|---|
| **Advised of Recommendation** | Yes [X] | No [ ] | **Early Parole** | [ ] | **Work Crew** | [ ] |
| **Advised of Appeal Process** | Yes [X] | No [ ] | **Education Release** | [ ] | **PRA** | [ ] |
| **48 Hour Notification** | Yes [X] | Waive [ ] | **Work Release** | [ ] | **PRA Hours** | |
| | | | **Public Speaking** | [ ] | **Others** | |

### Classification Appeal

**Reason for appeal**



### Superintendent/Designee Recommendation.

**Level:** Medium  **Institution:** MCI SHIRLEY (MEDIUM)  **Date:** 20210609
**Screen For:**  **Placement Site:**  **Recommendation:** REMAIN

**Reason/Condition**
Code C (Possible civil commitment), Code D (Pending immigration status) and Code E (1st degree lifer).  Inmate as a DA Review.  Inmate has an ICE detainer.  No compelling need for lateral transfer at this time.

**User(L,F,M,S):** Stacey M Butkowski

| | | | | | | |
|---|---|---|---|---|---|---|
| **Early Parole** | [ ] | **Work Crew** [ ] | **Education Release** [ ] | | **Work Release** | [ ] |
| **Public Speaking** [ ] | | **PRA** [ ] | **PRA Hours** | | **Others** | |

### Superintendent/Designee Appeal Decision.

**Superintendent/Designee:**  **Date:**  **Decision:**

# **Classification Report**

**Name:** KATHEENA SONEEYA  **Commitment#:** W39104  **Institution:** MCI SHIRLEY (MEDIUM)

**Commitment Date:** 19820726  **DOB:** 19560728  **Status:** ACTIVE  **Unit/Cell/Bed:** A-1,29,29B

**Class Type:** Subsequent Review  **Sec Level:** Medium  **PE:**  **Release Date :**

### Commissioner/Designee Decision.

**Level:**  **Institution:**  **Date:**

**Screen For:**  **Placement Site:**  **Recommendation:**

 **Reason/Condition**


**User(L,F,M,S):**

 **Early Parole** [ ]  **Public Speaking** [ ]  **Education Release** [ ]  **Others**

### Commissioner/Designee Appeal Decision

 **Commissioner/Designee:**  **Date:**  **Decision:**

# Classification Report

**Name:** KATHEENA SONEEYA  **Commitment#:** W39104  **Institution:** MCI SHIRLEY (MEDIUM)
**Commitment Date:** 19820726  **DOB:** 19560728  **Status:** ACTIVE  **Unit/Cell/Bed:** A-1,29,29B
**Class Type:** Subsequent Review  **Sec Level:** Medium  **PE:**  **Release Date:**

## Miscellaneous Information

**PST** [X]  **SOR** [ ]  **Pending Review** [ ]  **Not Reviewed** [ ]  **Prior Commitments** [ ]

## Demographic Information.

**Alias** [X]  **Age** 64  **Place of Birth** BERMUDA,BM  **Last Residence** SPRINGFIELD,MA
**Race** BLACK  **Hispanic** [ ]
**Citizenship** BRITISH VIRGIN ISLANDS  **Cultural Influence** AMERICAN

## Sentence Information

| Eff Date | Commit Date | Offense | Sentence | Max Date | GCD Date | Sentence Restrictions |
|---|---|---|---|---|---|---|
| 19830307 | 19830307 | MURDER (2ND) | TO Life with Parole | | | [X] |
| 19820311 | 19820723 | MURDER (1ST) | TO Life without Parole | | | [ ] |

**Parole Date**  **Parole Information** [ ]
                 **Next Review**

## Legal Issues

| Docket # | State | D.O.W | Warr Type | Charges | STP Filed | Habe Date | Disposition | Sentence Held as Warrant |
|---|---|---|---|---|---|---|---|---|
| A23075981 | MA | 19890911 | INS Detainer | | | | | [ ] |

## Court Costs/Fees/Fines

**Type**  **Amount**

## Official Version

**Date Requested:** 19820809  **Request made to:** Attorney General Office  **Date Received:** 19820809
**Source:** POLICE DEPARTMENT

**Summary of Official Version:** On January 5, 1982, Kenneth Hunt's cousin was found dead in her apartment by her boyfriend around 11:30 PM in Springfield, MA. The Springfield Police were called to the scene and found that the victim had been bound, gagged and stabbed. An autopsy revealed that the victim was stabbed in the vagina, stomach, chest and neck. She had been sexually molested with a broom handle and stabbed more than forty times.

On March 3, 1980, a woman victim (age: 29) was found dead in her apartment. She had been sexually abused and died as a result of multiple stab wounds. Hunt was arrested after divulging information only the police and the perpetrator could have known at the time.

# Classification Report

**Name:** KATHEENA SONEEYA  **Commitment#:** W39104  **Institution:** MCI SHIRLEY (MEDIUM)
**Commitment Date:** 19820726  **DOB:** 19560728  **Status:** ACTIVE  **Unit/Cell/Bed:** A-1,29,29B
**Class Type:** Subsequent Review  **Sec Level:** Medium  **PE:**  **Release Date :**

Inmate Hunt does not agree to committing either murder.  Murder 1st case is under appeal and refused to comment 6/7/17 SM
Inmate disagrees with OV DA 6/26/20

## Criminal History

| Offense Category | Adult Criminal Hx | | Juvenile Record | |
|---|---|---|---|---|
| Criminal History | Arraignments | Convictions | Arraignments | Convictions |
| Person | 4 | 2 | 0 | 0 |
| Property | 1 | 0 | 0 | 0 |
| Sex | 1 | 0 | 0 | 0 |
| Weapons | 0 | 0 | 0 | 0 |
| Motor Vehicle | 0 | 0 | 0 | 0 |
| Drug | 0 | 0 | 0 | 0 |
| Alcohol | 0 | 0 | 0 | 0 |
| Prostitution | 0 | 0 | 0 | 0 |
| 209A | 0 | 0 | 0 | 0 |
| Escapes | 0 | 0 | 0 | 0 |
| Others | 1 | 0 | 0 | 0 |
| **Totals** | 7 | 2 | 0 | 0 |

**Date of 1st Adult Arraignment** 19810518  **Sealed Cases** [ ]
**Date of 1st Drug Arraignment**  **Date of 1st Alcohol Arraignment**

## Criminal Violations

| Violations | Number of Convictions | Adult Incarcerations | Number of Convictions |
|---|---|---|---|
| # of Parole Violations | 0 | Federal | 0 |
| # of Parole Violations with the new crime | 0 | Ma.State | 1 |
| # of Parole Viols for fleeing jurisdiction | 0 | Out of State | 0 |
| # of Probation Violations | 0 | County | 0 |
| # of Probation Viols for fleeing jurisdiction | 0 | Out of Country | 0 |
| # of Defaults on Bail | 0 | **Total** | 1 |
| # of Total Defaults | 0 | | |
| # of Fugitive | 0 | | |
| # of Crimes While Incarcerated | 0 | | |
| # of Misdemeanor Convictions | 0 | | |

## Probation/INS

# Classification Report

**Name:** KATHEENA SONEEYA  **Commitment#:** W39104  **Institution:** MCI SHIRLEY (MEDIUM)
**Commitment Date:** 19820726  **DOB:** 19560728  **Status:** ACTIVE  **Unit/Cell/Bed:** A-1,29,29B
**Class Type:** Subsequent Review  **Sec Level:** Medium  **PE:**  **Release Date :**

| | | Probation | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Docket # | Court | Offense | Eff Date | Terminate | Probation Date | Fine | Due | Disposition |

| | | | Immigration Naturalization Service | | | | |
|---|---|---|---|---|---|---|---|
| Doc Referral Date | Date Lodged | Status | | Invest Status | Hearing Date | Hearing Type | Disposition |
| 20030414 | 19890911 | | | | | | |

## Security

| Escape History |
|---|

| DISCIPLINARY REPORTS |
|---|

| D-Report | Date | Offense | Disposition | Sanction |
|---|---|---|---|---|
| 313120 | 20140710 | Possession, manufacture or introduction of an unauthorized tool | PLEA GUILTY | Dismissed |
| | | *Attempting to commit any of the above offenses, making plans to commit any of the above offenses or aiding another person to commit any of the above offenses shall be considered the same as the commission of the offense itself | | Dismissed |
| | | Attempting to commit any of the above offenses, making plans to commit any of the above offenses or aiding another person to commit any of the above offenses shall be considered the same as the commission of the offense itself | | Dismissed |
| | | Receipt or possession of contraband | | Loss of Gym |
| | | Mutilating, defacing or destroying state property or the property of another person | | Dismissed |
| 241763 | 20111126 | Violating any departmental rule or regulation, or any other rule, regulation, or condition of an institution or community based program | PLEA GUILTY | Loss of Yard |
| | | Causing a valid threat of transmission of a contagious disease to any person due to intentional or reckless action. | | Dismissed |

# Classification Report

**Name:** KATHEENA SONEEYA  **Commitment#:** W39104  **Institution:** MCI SHIRLEY (MEDIUM)
**Commitment Date:** 19820726  **DOB:** 19560728  **Status:** ACTIVE  **Unit/Cell/Bed:** A-1,29,29B
**Class Type:** Subsequent Review  **Sec Level:** Medium  **PE:**  **Release Date :**

|  |  |  |  |
|---|---|---|---|
|  |  | Refusing a direct order by any staff member | Dismissed |
| 62635 | 20050917 | DESTROYING/DAMAGING PROPERTY | *Plea Guilty-Reduced to Minor |
|  |  | POSS OF ITEMS, NOT AUTHORIZED | Loss Canteen |

Total # of D-Reports  64

## DDU/DSU/CCU PLACEMENTS

| From | To | Type |
|---|---|---|
| 20041223 | 20050128 | SMU |
| 20040730 | 20040824 | SMU |

## STG

**STG Name**                                  **Status**

## ACTIVE ENEMIES

| Claimed | Commit# | Enemy Name(L,F,M,S) | Status | Location | Comments |
|---|---|---|---|---|---|
| AS | W86007 | LAWRENCE TAYLOR | ACTIVE | MASS. TREATMENT CENTER | Enemy situation from 2002 under previous comm. number. Taylor attmepted to sexually assault inmate Hunt. |

## CO-DEFENDANTS

**Commitment #** Enemy Name(L,F,M,S)             **Status**                **Location**

## MEDICAL/MH

Psychotropic Medication [ ]                        Pregnant     [ ]

### RESTRICTIONS/LIMITATIONS/SPECIAL NEEDS

| Description | Type | Start Date | End Date | Comments |
|---|---|---|---|---|
| *None | Other | 20180709 | 20190709 | Early release for chow. GD patient. MFD |
| *None | Transportation | 20140520 | 20150519 | TRANSPORT ALONE |
| *None | Transportation | 20150729 | 20160728 | TRANSPORT ALONE |
| *None | Other | 20160714 | 20170714 | EARLY RELEASE FOR CHOW |
| *None | Transportation | 20170404 | 20180403 | TRANSPORT ALONE May ride in car with other MtoF GD inmates. Meaghan F Dupuis, LMHC |
| *None | Transportation | 20181016 | 20181019 | TRANSPORT ALONE May ride in car with |

# Classification Report

**Name:** KATHEENA SONEEYA  **Commitment#:** W39104  **Institution:** MCI SHIRLEY (MEDIUM)
**Commitment Date:** 19820726  **DOB:** 19560728  **Status:** ACTIVE  **Unit/Cell/Bed:** A-1,29,29B
**Class Type:** Subsequent Review  **Sec Level:** Medium  **PE:**  **Release Date :**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | other MtoF GD inmates. |
| *None | Transportation | 20200115 | 20210115 | TRANSPORT ALONE |
| *None | Transportation | 20200115 | 20210115 | PREFERRED SEARCH FEMALE GD PT. IDENTIFIES AS FEMALE |
| *None | Other | 20191025 | 20210205 | early release for chow |
| *None | Transportation | 20200116 | 20210115 | STATE CAR |

## MINIMUM HEALTH COVERAGE HISTORY

**Minimum Health Coverage Necessary:** (C) Fac W/7 Day 1 Shift Staff

| Date | Comments |
|---|---|
| 20030207 |  |
| 20041006 |  |
| 20080720 |  |
| 20090816 | No psych meds. |
| 20170811 |  |
| 20180709 | Early chow renewed for GD purposes. MFD |

## SUICIDE ATTEMPTS

**Date**     **Methods Used**

Suicidal Ideation History [ ]     Mental Health History [X]

### FAMILY INFORMATION

Children - DSS Involvement [ ]    No of Children 0    Marital Status DIVORCED

## INCARCERATED RELATIVES

**Commitment #  Name(L,F,M,S)**                **Location**                **Relation**

## PROGRAMS/WORK

**Degree**                                    **Vocational/Trade Licenses**

### RISK REDUCTION PLAN

**Assessed Need Areas**                **Order of priority**

### WORK RELEASE PROGRAMS

**CWC Name**                                   **Start Date**        **End Date**

**Work Release**                               **Start Date**        **End Date**

**Work/Industries**   ADA RUNNER             **Start Date** 20120601  **End Date** 20130204
**Work/Industries**   HOSPITAL WORKER        **Start Date** 20030312  **End Date** 20031209
**Work/Industries**   HOSPITAL WORKER        **Start Date** 20040101  **End Date** 20040308
**Work/Industries**   UT RUN                 **Start Date** 20130619  **End Date** 20160524

# Classification Report

**Name:** KATHEENA SONEEYA  **Commitment#:** W39104  **Institution:** MCI SHIRLEY (MEDIUM)
**Commitment Date:** 19820726  **DOB:** 19560728  **Status:** ACTIVE  **Unit/Cell/Bed:** A-1,29,29B
**Class Type:** Subsequent Review  **Sec Level:** Medium  **PE:**  **Release Date :**

| | | | |
|---|---|---|---|
| **Work/Industries** | UT RUN | **Start Date** 20160524 | **End Date** 20190103 |
| **Work/Industries** | UT RUN | **Start Date** 20190103 | **End Date** 20210507 |
| **Work/Industries** | UT RUN | **Start Date** 20210517 | **End Date** |
| **Work/Industries** | UTILITIES I | **Start Date** 20040308 | **End Date** 20041223 |
| **Work/Industries** | UTILITIES I | **Start Date** 20050612 | **End Date** 20060127 |
| **Work/Industries** | UTILITIES I | **Start Date** 20060303 | **End Date** 20070103 |
| **Work/Industries** | UTILITIES I | **Start Date** 20070103 | **End Date** 20080102 |
| **Work/Industries** | UTILITIES I | **Start Date** 20080102 | **End Date** 20080214 |
| **Work/Industries** | UTILITIES I | **Start Date** 20080402 | **End Date** 20080625 |
| **Work/Industries** | UTILITIES I | **Start Date** 20080625 | **End Date** 20081016 |
| **Work/Industries** | UTILITIES I | **Start Date** 20081016 | **End Date** 20120601 |
| **Work/Industries** | UTILITIES I | **Start Date** 20130203 | **End Date** 20130619 |
| **Work/Industries** | UTILITIES II | **Start Date** 20051215 | **End Date** 20060503 |
| **Work/Industries** | UTILITIES II | **Start Date** 20130204 | **End Date** 20130204 |

**US Military Service**  **Yes** [ ]  **No** [X]

**INCARCERATION SUMMARY**

**Current Review Comments**

A Subsequent Review is being held for inmate Soneeya. Since the last review on 6/26/20, inmate has been D-Report free and maintained employment.

Inmate is employed as Unit Runner. Inmate has satisfied all program requirements. Personal Program Plan has been reviewed and signed.

Inmate has INS detainer and is a citizen of United Kingdom.
SNS is Murder 1st. OV has sexual intent.

OPBS 1 CODE C & D & E


**Prior Incarceration Summary**
Subject Katheena Soneeya (aka Hunt, Kenneth) is serving her first incarceration of any kind. She awaited trial at Hampden HOC and was transferred to BSH for mental health issues with depression and had a competency evaluation. On 7/23/82, subject was committed to MCI-Cedar Junction.

Following her arrival at MCI-CJ, subject received the following d-reports: 11/22/82 refuse to work/direct order, 1/27/84 out of place, 03/16/83 refusing to provide a urine sample, 4/25/83 refuse to transfer to an institution. Subject was not program involved. On 05/25/84 subject transferred to MCI-Norfolk.

Following her arrival at MCI-Norfolk, subject received the following d-reports: 5/30/84

# Classification Report

**Name:** KATHEENA SONEEYA          **Commitment#:** W39104     **Institution:** MCI SHIRLEY (MEDIUM)
**Commitment Date:** 19820726   **DOB:** 19560728   **Status:** ACTIVE        **Unit/Cell/Bed:** A-1,29,29B
**Class Type:** Subsequent Review  **Sec Level:** Medium            **PE:**         **Release Date :**

refusing a direct order, 6/11/84 smoking cigarettes, 6/20/84 stealing, 1/3/85 pegged door, 4/16/85 violating a departmental rule, 7/27/85 fight with inmate James White (enemy section notes that White assaulted Hunt in 1985 because Hunt refused to have sex with him), 10/21/85 insolence towards staff, 12/19/85 tampering with a locking device, 3/5/86 smoking marijuana, 8/13/86 possession of tobacco, 10/15/87 refusing work assignment.  On 06/28/1989, subject transferred to OCCC due to protective custody issues after an anonymous letter was sent stating that the subject was going to be burned out of her cell and referring to the subject as an "AIDS carrying faggot."

Following her arrival at OCCC, subject received the following d-reports: 8/11/89, 8/30/89, 10/3/89, 1/18/90 failure to perform work assignment, 3/10/90 fight, 5/7/90, 10/24/90, 1/22/91 not standing for count, 8/24/90, 1/21/91, 10/10/92, 1/19/93, 4/4/96, 9/24/96 out of place, 10/24/90 (x2) use of obscene language, 12/12/90 kicking her cell door, 1/24/91 threatening staff, 2/1/91, 5/6/91 violating any departmental rule and regulation, 12/6/91, 2/22/95, 5/25/95, 6/9/95, 8/24/95, 8/29/95, 10/5/96 conduct which disrupts, 10/4/93 attempting to commit any of the above offenses, 6/4/94, 12/14/97 engaging in unauthorized sex, 6/7/94 for destroying state property, 8/3/95 stealing, 6/21/96 gambling, 10/27/96 possession/manufacture of a weapon or tool, 11/14/96 encouraging an unauthorized group demonstration, 2/25/97 possession of contraband, 6/16/97 insolence towards a staff member, 6/19/97 refusing housing, 6/20/97, 4/9/98, 4/10/98, 4/16/98 refusing a direct order. On 6/24/98 subject was transferred from OCCC to MCI-Shirley due to refusing housing due to protective custody issues with unnamed enemies and poor institutional adjustment.

Following her arrival at MCI-Shirley, subject has received the following d-reports: 3/20/00 for misrepresentation on an official document, 4/8/02 for violating any department rule or regulation, 7/30/04 for being out place (RHU 7/30/04-8/24/04), 12/22/04 for fighting with inmate Craig Johnston W83467 (RHU 12/23/04-1/28/05), 12/24/04 for misuse of medication, 3/17/08 for being out of place (CWOF), 4/9/08 for lying to staff (CWOF), 10/16/08 for violating a rule (CWOF), 11/29/09 for violating a rule (CWOF), 11/26/11 for violating a rule, and 7/10/14 for possession of contraband.  Subject held numerous jobs: 3/12/03-12/09/03 (laid off) and 1/1/04-3/8/04 (reassigned) as a hospital worker; 3/8/04-12/23/04 (Diciplinary Detention), 6/12/05-1/27/06 (Fired), 12/15/05-5/3/06 (reassigned), 3/3/06-1/2/08 (unknown), 1/2/08-2/14/08 (laid off), 4/2/08-0/25/08 (reassigned), 6/25/08-10/16/08 (withdrew), 10/16/08-6/1/12 (reassigned), 1/1/12-6/19/13 (reassigned) HSU as a utlitiy worker; 6/1/12-2/4/13 (reassigned), 6/19/13-present as a unit runner.

***Hunt legally changed her name to Katheena Soneeya in 2006.  The subject has been in the process/attempting to have sex reassignment surgery.  She is very sensitive to the physical and psychological changes this process has had on her.  She has received permission to order female clothing and being allowed to live as a female.

***Inmate Soneeya was enrolled in Special Education classes however she reported that she has put school on hold so she could focus on sex reassignment surgery and a change in medication.  She has been corresponding with the a Britan prison advocate group and hopes to one day be returned to the UK.

# Classification Report

**Name:** KATHEENA SONEEYA  **Commitment#:** W39104  **Institution:** MCI SHIRLEY (MEDIUM)
**Commitment Date:** 19820726  **DOB:** 19560728  **Status:** ACTIVE  **Unit/Cell/Bed:** A-1,29,29B
**Class Type:** Subsequent Review  **Sec Level:** Medium  **PE:**  **Release Date :**

A review of CJIS indicates no 209A's and no known domestic assaults.

**Visits**
Inmate does not receive visits.  Emergency contacts verified.

**Return Comments**

**Institution Comments**

**Administrative Chronology**

| Admission Date | Location | Admission/Release Description |
|---|---|---|
| 26-JUL-82 | UNKNOWN | New Court Commitment |
| 25-MAY-84 | *MCI WALPOLE | Transfer to an MCI |
| 25-MAY-84 | *MCI WALPOLE | Transfer from MCI |
| 28-JUN-89 | MCI NORFOLK | Transfer to an MCI |
| 28-JUN-89 | MCI NORFOLK | Transfer from MCI |
| 24-JUN-98 | OLD COLONY CORRECTIONAL CENTER | Transfer to an MCI |
| 24-JUN-98 |  | Transfer from MCI |
| 24-JUN-98 |  | Transfer from MCI |
| 24-MAY-16 | SOUZA-BARANOWSKI CORRECTIONAL | Transfer to an MCI |
| 24-MAY-16 | MCI SHIRLEY (MEDIUM) | Transfer from MCI |

**INMATE REQUEST**

**Institution**                              **Programs**

Duest, Erin, L                                                    05/26/2021