# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHEENA NEVIA SONEEYA, f/k/a/ Kenneth Hunt, <br><br> Plaintiff, <br><br> v. <br><br> CAROL MICI, in her official capacity as Commissioner of the Massachusetts Department of Correction, <br><br> Defendant. | Civil Action No. 07-12325-DPW |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.5.2(c), the undersigned respectfully requests that the Clerk withdraw her appearance as attorney of record for Plaintiff Katheena Nevia Soneeya in the above-captioned matter. Plaintiff will continue to be represented by counsel of record from Ropes & Gray LLP. This change will not materially affect the posture of the case.

Respectfully submitted,

/s/ *Kaitlin A. Bergin*
Kaitlin A. Bergin (BBO #698373)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
kaitlin.bergin@ropesgray.com
(617) 951-7000

Dated: September 2, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 2, 2021

                                                   */s/ Kaitlin A. Bergin*
                                                   Kaitlin A. Bergin