Dear Docket Clerk McManus

my name is MS. Katheena N. Soneeya, I'am writing in regards to Judge Woodlock my case was transferred to Judge Woodlock on August 6. 2014 (Doc. NO. 188),

my trial is now over for the last 3 years now waiting for Judge P Woodlock to make a decision weather to give me SRS-Surgery and transferred me to a female facility.

Can you please send me and up-to date docke Entry sheet please so I can see if the Judge has make a decision in my case. thank you very much for your help.

PS: can you tell me is my case is my case is Still Open.

RE: 07-CV-12325-DPW Soneeya (fka Hunt) V Bender et al.

Very truly yours.
Ms. Katheena N. Soneeya
MCI Shirley-medium
P.O. Box 1218
Shirley, ma 01464

Date July-10-2023

2023 JUL 13 PM 1:20
U.S. DISTRICT COURT
DISTRICT OF
FILED IN CLERK'S OFFICE