# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHEENA NEVIA SONEEYA, f/k/a Kenneth Hunt, <br><br> Plaintiff, <br><br> v. <br><br> CAROL MICI, in her official capacity as Commissioner of the Massachusetts Department of Correction, <br><br> Defendant. | Civil Action No. 07-12325-DPW |

## PLAINTIFF'S NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS

Plaintiff Katheena Nevia Soneeya ("Ms. Soneeya"), by her attorneys, hereby respectfully notifies this Court that on October 12, 2023, Ms. Soneeya submitted to the United States Court of Appeals for the First Circuit (the "First Circuit"), Miscellaneous Docket No. 23-1833, her Petition for Writ of Mandamus. The Petition has not yet been accepted by the First Circuit Clerk's office. Per Federal Rule of Appellate Procedure 21(a)(1), counsel to Ms. Soneeya will provide a hard copy of the filing to the Court.

- 2 -

Dated: October 13, 2023  Respectfully submitted,

*/s/ Patrick T. Roath*
Patrick T. Roath, BBO # 690603
Sara A. Bellin, BBO # 698900
Stephanie D. Porges, BBO # 703381
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02119
617-951-7000
Patrick.Roath@ropesgray.com
Sara.Bellin@ropesgray.com
Stephanie.Porges@ropesgray.com

*Attorneys for Plaintiff Katheena Nevia Soneeya*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Dated: October 13, 2023 | */s/ Patrick Roath* <br> Patrick Roath |